IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CORREY MASSEY,

    Plaintiff,
v.                                           CASE NO. 4:06-cv-00188-SPM-AK

SCOTT CHERRY,
JOHN/JANE DOE,
JOHN/JANE DOE,

    Defendants.
_____/

**REPORT AND RECOMMENDATION**

By Order dated July 11, 2006, Plaintiff was directed to file an amended complaint on or before July 28, 2006. (Doc. 7). An extension of time was granted through September 4, 2006. (Doc. 9). When no amended complaint was filed, an Order to Show Cause was entered directing a response on or before January 12, 2007. (Doc. 10). This Order was returned as undeliverable with a forwarding address. (Doc. 11). The Order was re-mailed to the new address and this, too, was returned as undeliverable. (Doc. 12). A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court (docs. 9 and 10), and his mail has been returned as undeliverable. The Court presently has no current address for the Plaintiff. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this __**9**$^{th}$__ day of February, 2007.

<pre>                        s/ A. KORNBLUM                       
                        ALLAN KORNBLUM
                        UNITED STATES MAGISTRATE JUDGE</pre>

**NOTICE TO THE PARTIES**
A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.