IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CORREY MASSEY,
    Plaintiff,

vs.                                          CASE NO. 4:06cv188-SPM/AK

SCOTT CHERRY, et al.,
    Defendants.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated February 9, 2007 (doc. 14). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 14) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and failure to comply with a court order.

DONE AND ORDERED this 15th day of March, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge